IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CIVIL ACTION NO. 3:05-CV-1805-L
*(ECF)*

KEELY DAVIS,

    Plaintiff,

vs.

WAL-MART STORES, INC.,

    Defendant.
_____/

_____

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
_____

Defendant, Wal-Mart Stores, Inc., pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.3, respectfully requests entry of final summary judgment in its favor on all of the claims asserted by Plaintiff. The grounds for Defendant's motion are set forth in the Defendant's Brief in Support of Motion for Summary Judgment, filed simultaneously herewith. In accordance with Local Rule 56.3(b), the matters required by Local Rule 56.3(a) are contained in Defendant's brief.

    Respectfully submitted,

    LITTLER MENDELSON, P.C.
    *Counsel for Wal-Mart Stores, Inc.*
    One Biscayne Tower, Suite 1500
    2 South Biscayne Boulevard
    Miami, Florida  33131-1804
    Telephone: (305) 400-7500
    Facsimile:  (305) 603-2552

    By:   */s/ Gaye L. Huxoll*
        Scott A. Forman
        Florida Bar No. 065950
        sforman@littler.com
        Gaye L. Huxoll
        Florida Bar No. 149497
        ghuxoll@littler.com

## CERTIFICATE OF SERVICE

I certify that, on this 4th day of August, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the CM/ECF participants identified below. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants identified at the time of electronic filing.

Steven E. Clark, Esq.
The Clark Firm
*Counsel for Plaintiff*
1401 Elm Street
Suite 3404
Dallas, Texas 75202

                                        */s/ Gaye L. Huxoll*
                                        Gaye L. Huxoll