IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CIVIL ACTION NO. 3:05-CV-1805-L
(ECF)

KEELY DAVIS,

    Plaintiff,

vs.

WAL-MART STORES, INC.,

    Defendant.
_____/

---

# APPENDIX TO
# DEFENDANT'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

---

LITTLER MENDELSON, P.C.
One Biscayne Tower, Suite 1500
2 South Biscayne Boulevard
Miami, Florida 33131-1804
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

By: */s/ Gaye L. Huxoll*
    Scott A. Forman
    Florida Bar No. 065950
    sforman@littler.com
    Gaye L. Huxoll
    Florida Bar No. 149497
    ghuxoll@littler.com

COUNSEL FOR DEFENDANT
WAL-MART STORES, INC.

## CERTIFICATE OF SERVICE

I certify that, on this 4th day of August, 2006, I electronically filed the Appendix to Defendant's Brief in Support of Motion for Summary Judgment with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the CM/ECF participants identified below. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants identified at the time of electronic filing.

Steven E. Clark, Esq.
The Clark Firm
*Counsel for Plaintiff*
1401 Elm Street
Suite 3404
Dallas, Texas 75202

/s/ *Gaye L. Huxoll*
Gaye L. Huxoll

2

Firmwide:81362829.1 015602.4656

```
                                                                    Page 1
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF TEXAS
 2                       DALLAS DIVISION

 3    KEELY DAVIS,                )
                                  )
 4                                )
                 PLAINTIFF,       )
 5                                )
      VS.                         ) CIVIL ACTION
 6                                )
                                  ) NO.: 3:05-CV-1805-L
 7    WAL-MART STORES, INC.,      )
                                  )
 8                                )
                                  )
 9               DEFENDANT.       )
                                  )
10

11          ------------------------------------

12                    ORAL DEPOSITION OF

13                       KEELY DAVIS

14                    January 10th, 2006

15                        Volume 1

16          ------------------------------------

17      ORAL DEPOSITION OF KEELY DAVIS, produced as a witness

18   at the instance of the DEFENDANT, and duly sworn, was

19   taken in the above-styled and numbered cause on the 10th

20   day of January, 2006, from 10:14 a.m. to 4:42  p.m.,

21   before Ruth McClintick, CSR in and for the State of

22   Texas, reported by machine shorthand, at The Clark Firm,

23   1401 Elm Street, Suite 3404, Dallas, Texas, pursuant to

24   the Federal Rules of Civil Procedure and the provisions

25   stated on the record or attached hereto.
```

Esquire Deposition Services      1700 Pacific Avenue, Suite 4750      Dallas, Texas 75201
Phone (214) 257-1436                    (800) 852-9737                 Fax (214) 965-9205

App. 0001

Page 34

1    A.  I did in my -- my thing -- my statements.
2    Q.  Okay.  We'll discuss that in a little bit.  When
3  did you maintain that you were sexually harassed at
4  Wal-Mart?
5    A.  What do you mean by "maintain"?
6    Q.  When were you sexually harassed?
7    A.  While I was an assistant manager and co-manager
8  at Store 259.
9    Q.  When did you become an assistant manager at Store
10  259?
11    A.  I believe, it was three or four years after being
12  with the company.
13    Q.  Well, when you were promoted to an assistant
14  manager position, you were transferred upon that
15  promotion to Store 789 in Mesquite, Texas, correct?
16    A.  Yes, sir.
17    Q.  And you remained an assistant manager at the
18  Mesquite, Texas Store 789 until you were promoted to a
19  co-manager position at Store 259 in Rockwall, correct?
20    A.  No, sir.  I went to 3224 after Mesquite when I
21  got promoted out of Mesquite.
22    Q.  Why don't we do this.  When were you hired by
23  Wal-Mart?
24    A.  1997.
25    Q.  Are you sure about that?

Esquire Deposition Services         1700 Pacific Avenue, Suite 4750         Dallas, Texas 75201
Phone (214) 257-1436                     (800) 852-9737                     Fax (214) 965-9205

App. 0002

```
 1      A.   '96, '97.
 2      Q.   Okay.  October 10th, 1996, sound about right?
 3      A.   Yes, sir.
 4      Q.   And you were hired as a cashier, correct?
 5      A.   Yes, sir.
 6      Q.   And that was in Garland?
 7      A.   Yes, sir.
 8      Q.   What was the next position you held at Wal-Mart?
 9      A.   Customer service manager.
10      Q.   A customer service manager position is also
11   called a CSM?
12      A.   Yes, sir.
13      Q.   Do you recall when you were promoted to CSM
14   position?
15      A.   It was shortly after I started working there.
16      Q.   Does February 10th, 1997, sound about right?
17      A.   Yes, sir.
18      Q.   And was that in Garland as well?
19      A.   Yes, sir.
20      Q.   What's the next position you held with Wal-Mart?
21      A.   Department manager.
22      Q.   And do you recall that that promotion occurred on
23   or about May 29th, 1997?
24      A.   Yes, sir.
25      Q.   And that was also in Garland, correct?
```

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                        (800) 852-9737                    Fax (214) 965-9205

App. 0003

Page 36

1    A.  Yes, sir.
2    Q.  And what was the next position you held after
3    department manager?
4    A.  Support manager.
5    Q.  Do you recall that that occurred less than a
6    month after you become a department manager -- strike
7    that.
8         Do you know how long you were a department
9    manager?
10   A.  It was over a year.
11   Q.  Okay.  Do you recall that it was actually two
12   years that you were a department manager?
13   A.  I didn't realize it was that long.
14   Q.  Okay.  My records reflect that you were promoted
15   to a support manager position on June 15th, 1999.  Does
16   that sound about right to you?
17   A.  Yes, sir.
18   Q.  That was also in Garland?
19   A.  Yes, sir.
20   Q.  And the next position you held after support
21   manager was that of assistant manager?
22   A.  Yes, sir.
23   Q.  Do you recall that that occurred in early 2001?
24   A.  Yes, sir.
25   Q.  And at that point in time when you got promoted

Esquire Deposition Services        1700 Pacific Avenue, Suite 4750        Dallas, Texas 75201
Phone (214) 257-1436                    (800) 852-9737                    Fax (214) 965-9205

App. 0004

1    A.  Yes, sir.
2    Q.  And you're now saying that after working as an
3  assistant manager trainee at Mesquite, you then went to
4  Rockwall Store No. 259 not to Garland as you testified
5  earlier, correct?
6    A.  As an assistant manager, yes.
7    Q.  And so that first period of time that you worked
8  at Rockwall Store 259 when you were an assistant
9  manager, how long did you work there?
10   A.  About two and a half years.
11   Q.  So that would take us to some point in time in
12  2003?
13   A.  I believe so.
14   Q.  And that would be the latter part of 2003, right?
15   A.  I believe so.
16   Q.  And then late 2003 you transferred to the Garland
17  store?
18   A.  No, sir.
19   Q.  Okay.  Well, you told us before you went from
20  Mesquite to Rockwall to Garland to Rockwall?
21   A.  No, sir.  I went from Mesquite as a trainee to
22  Rockwall as a salaried member of management.  And then I
23  went back to Mesquite for three and a half weeks before
24  I was promoted to a co-manager.
25   Q.  When you went to Mesquite in late 2003, what

Esquire Deposition Services            1700 Pacific Avenue, Suite 4750            Dallas, Texas 75201
Phone (214) 257-1436                         (800) 852-9737                   Fax (214) 965-9205

App. 0005

1  position did you hold?

2      A.  I was a training coordinator, slash, assistant

3  manager.  I was a salaried member of management.

4      Q.  And after working as a training coordinator,

5  slash, assistant manager at Mesquite in late 2003, where

6  was the next place you went?

7      A.  3224.  I was promoted to co-manager.

8      Q.  And when was that?

9      A.  Well, if I was an assistant in Mesquite in 2003,

10  it would still be 2003.

11      Q.  So you worked as an assistant manager for two and

12  a half years before you were promoted to a co-manager

13  position?

14      A.  Just -- yeah, I believe so.

15      Q.  Okay.  Your testimony earlier that you worked as

16  an assistant manager for only three and a half weeks

17  before you were promoted to a co-manager was incorrect,

18  right?

19      A.  No.  I don't understand your --

20      Q.  I'm just trying to make sure I have a clear

21  record.  You've sort of jumped all over the place, and I

22  want to make sure that we clear it up.  You said early

23  on, initially, that you worked as an assistant manager

24  and then three and a half weeks later you were promoted

25  to a co-manager.  You've now told us that you worked as

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                        (800) 852-9737                    Fax (214) 965-9205

App. 0006

Keely Davis
January 10, 2006

Page 44

```
 1   an assistant manager for two and half years and then
 2   were promoted to a co-manager position.  I'm just trying
 3   to figure out which one is right.
 4       A.  No, sir.  I was -- I worked as an assistant for
 5   two and a half years.  I worked in Garland -- I'm sorry,
 6   Mesquite three and a half weeks, and then I was promoted
 7   to a co-manager.  That is correct.
 8       Q.  And when you went to work as a co-manager in
 9   Garland how long did you work there?
10       A.  I believe it was about five months.
11       Q.  And then you went to Rockwall as a co-manager?
12       A.  Yes, sir.
13       Q.  Was that in January of 2004?
14       A.  I believe so.
15       Q.  And you stayed in Rockwall as a co-manager until
16   May of 2004?
17       A.  Yes, sir.
18       Q.  And then where'd you go?
19       A.  I went to Wylie.
20       Q.  And in what position?
21       A.  Co-manager.
22       Q.  And then in February 2005, you were demoted to an
23   assistant manager?
24       A.  Yes, sir.
25       Q.  Have you held the position of assistant manager
```

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                      (800) 852-9737                      Fax (214) 965-9205

App. 0007

```
1    in Wylie -- strike that.
2              Where did you go after -- strike that.
3              You're not currently working at Wylie,
4    correct?
5       A.  No, sir, I'm not.
6       Q.  Where did you go after you -- working at Wylie?
7       A.  2996 on Frankford and Marsh.
8       Q.  When -- when you were demoted to an assistant
9    manager in February of 2005, that's when you left Wylie
10   and went to Frankford and Marsh?
11      A.  Yes, sir.
12      Q.  And you've been in that position in that store
13   since?
14      A.  Yes, sir.
15      Q.  And so during your employment with Wal-Mart,
16   you've only been demoted on one occasion?
17      A.  Yes, sir.
18      Q.  And that was in February of 2005?
19      A.  Yes, sir.
20      Q.  Are you claiming you were sexually harassed at
21   any store other than the Rockwall store?
22      A.  No, sir.
23      Q.  And the only time you worked in the Rockwall
24   store was when you were an assistant manager in the
25   years 2001 to 2003, and then when you were a co-manager
```

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                      (800) 852-9737                      Fax (214) 965-9205

App. 0008

Page 61

1    Q.  You were not sexually harassed at the Wylie
2  store, correct?
3    A.  No, sir.
4    Q.  That is a correct statement?
5    A.  Yes, sir, it is.
6    Q.  Do you remember the date of when you transferred
7  to the Wylie store?
8    A.  Not the exact date.
9    Q.  Okay.  Do you recall that you received a coaching
10 for improvement, and then immediately after that, you
11 were transferred to the Wylie store?
12   A.  Yes.
13   Q.  Okay.  And do you recall that coaching was a
14 decision-making day?
15   A.  Yes, sir.
16   Q.  Okay.  And that decision-making day was issued to
17 you on May 4th, 2004.  Would that mean that you
18 transferred -- strike that.
19       And if the decision-making day was issued to
20 you May 4th, 2004, would that mean that your last day of
21 work at the Rockwall store was May 4th, 2004?
22   A.  Yes, sir.
23   Q.  Okay.  Let me just get this clear on the record.
24       (Defense Exhibit No. 6 marked.)
25   Q.  (BY MR. FORMAN) Let me show you what's been

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                         (800) 852-9737                   Fax (214) 965-9205

App. 0009

Page 62

```
 1    marked as Defense Exhibit 6 for identification.  I'll
 2    ask you to take a look at that, and then just let me
 3    know if you recognize this as the decision-making day
 4    coaching for improvement that we were just talking
 5    about.
 6        A.  Yes (witness reviews document).
 7        Q.  Okay.  And on -- strike that.
 8             And Defense Exhibit No. 6 indicates that you
 9    received this decision-making day coaching on May 4th,
10    2004, at about half past midnight; is that correct?
11        A.  It was in the afternoon when I got it.
12        Q.  Okay.
13        A.  When I got the coaching.
14        Q.  So is that -- maybe it was around 12:30 in the
15    afternoon as opposed to 12:33 in the morning?
16        A.  Yes.
17        Q.  So May 4th, 2004, was the last day that you
18    worked at Rockwall?
19        A.  Yes, sir.
20        Q.  Okay.  And do you recall if you experienced any
21    sexually harassing behavior on that day, May 4th, 2004?
22        A.  No, sir.
23        Q.  Okay.  Do you know when the last event of
24    sexually harassing behavior that you've experienced took
25    place?
```

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                       (800) 852-9737                     Fax (214) 965-9205

App. 0010