1    Q.  I understand, but you can't say for certain that
2    it was because you didn't ask him?
3            MR. CLARK:  Objection to the form.
4    Q.  (BY MR. FORMAN) Correct?
5    A.  I don't understand.  I don't understand the
6    question, I mean.
7    Q.  It's already on the record.  I'll strike it.
8            Let me direct your attention back to Defense
9    Exhibit No. 8.  You contend that this written statement
10   constitutes a complaint of alleged sexual harassment,
11   correct?
12   A.  Yes, sir.
13   Q.  Can you please identify for the jury where in
14   this five-page handwritten statement that you prepared
15   that you complain of alleged sexual harassment?
16   A.  (Witness reviews document.)  I've seen a lot as
17   an assistant manager concerning salaried management and
18   hourly.  I've endured the dirty jokes and snide remarks.
19   Where nothing was done, deemed acceptable as long as it
20   was kept in-house.
21   Q.  Okay.  Where is it that you complain that you're
22   being sexually harassed?
23   A.  I think the dirty jokes and the snide remarks.
24   Q.  Do you indicate in here that the snide remarks
25   were sexual in nature?

Esquire Deposition Services            1700 Pacific Avenue, Suite 4750            Dallas, Texas 75201
Phone (214) 257-1436                        (800) 852-9737                        Fax (214) 965-9205

App. 0020

1      A.  No, I do not.
2      Q.  Do you indicate in here that you were offended by
3   the dirty jokes?
4      A.  I think the term "I've endured," yes.
5      Q.  You told us you didn't have any discussions with
6   Mr. Murphy about the contents of what's been marked as
7   Defense Exhibit No. 8, correct?
8      A.  Right.
9      Q.  You don't know if the information you provided in
10  Defense Exhibit No. 8 was interpreted by Mr. Murphy to
11  be a complaint of sexual harassment, do you?
12     A.  He didn't know I was complaining.  Is that what
13  you're asking?
14     Q.  You don't know whether he did or didn't, do you?
15     A.  No.
16     Q.  You knew the term "sexual harassment" as of May
17  5th, 2004, correct?
18     A.  Yes.
19     Q.  Nobody told you what to write in this statement
20  on May 5th, 2004, did they?
21     A.  No.
22     Q.  You chose what words to put in here, correct?
23     A.  Yes.
24     Q.  And as of this time, you were a co-manager,
25  weren't you?

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                      (800) 852-9737                      Fax (214) 965-9205

App. 0021

Page 88

1    A.  Yes.
2    Q.  Co-manager is essentially a store manager in
3  training, correct?
4    A.  I know them to be one step under the store
5  manager.
6    Q.  You never heard that a co-manager is essentially
7  a store manager in training?
8    A.  No, sir.
9    Q.  As an assistant manager, you're responsible for
10 overseeing certain areas within the store, correct?
11   A.  Yes, sir.
12   Q.  And a co-manager, you oversee the entire store,
13 correct?
14   A.  Depending on what store you're in.
15   Q.  Was there more than one co-manager at the
16 Rockwall store?
17   A.  Yes, sir.
18   Q.  Who was the other co-manager?
19   A.  John Farrar.
20   Q.  Do you indicate in your statement of Defense
21 Exhibit No. 8 that the dirty jokes were jokes that were
22 sexual in nature?
23   A.  Some of them were, yes.
24   Q.  My question is:  Do you indicate in your
25 statement that's been marked as Defense Exhibit No. 8

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                        (800) 852-9737                    Fax (214) 965-9205

App. 0022

1  that the, quote, dirty jokes, end quote, were sexual in
2  nature?
3      A.  I'm sorry.  Can you repeat that again?
4      Q.  Do you indicate -- strike that.
5          Please identify for us where in Defense
6  Exhibit No. 8 that you explained that the, quote, dirty
7  jokes are sexual in nature?
8      A.  It's not.
9      Q.  Do you indicate anywhere in Defense Exhibit No. 8
10 that you believe that you are being harassed on account
11 of your sex?
12     A.  I don't believe so.
13     Q.  When you say that Defense Exhibit No. 8
14 constitutes a complaint of sexual harassment, you make
15 that statement because you believe that Mr. Murphy
16 should have interpreted this statement to be a complaint
17 of sexual harassment, correct?
18     A.  Correct.
19     Q.  Even though you didn't actually complain of
20 sexual harassment in this statement, correct?
21         MR. CLARK:  Objection as to form.
22     A.  I don't understand what you're asking me.
23     Q.  (BY MR. FORMAN) Is there any reason why you
24 didn't just say you feel like you're being sexually
25 harassed when you prepared what's been marked as Defense

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                       (800) 852-9737                    Fax (214) 965-9205

App. 0023

```
 1   open door complaints?
 2      A.  Do you mean if -- if an hourly associate
 3   approaches me or --
 4      Q.  Yes.
 5      A.  We're to report it.
 6      Q.  Okay.  It is true that under the open door
 7   policy, associates are directed to go to a salaried
 8   member of management if they have a complaint, a concern
 9   or a grievance, correct?
10      A.  Correct.
11      Q.  And so if you became an assistant manager --
12   strike that.
13          So once you become an assistant manager, you
14   then, yourself, are placed in the position of being
15   responsible to field open door complaints, correct?
16      A.  What do you mean by "field"?
17      Q.  You had a responsibility -- strike that.
18          As an assistant manager, associates were
19   instructed that if they had an open door complaint, they
20   could go to, among other managers, yourself?
21      A.  Yes.
22      Q.  And it would be your responsibility to handle
23   that open door complaint, correct?
24      A.  No.  I would report it.
25      Q.  Okay.  Make sure -- I think we're saying the same
```

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                         (800) 852-9737                   Fax (214) 965-9205

App. 0024

```
 1   completion of the CBLs, the interactive CBLs, you're
 2   tested on the information that was contained in it?
 3        A.   Yes.  On some of them we were.
 4        Q.   In fact, you as an assistant manager trainee were
 5   required to get a passing grade on certain CBLs,
 6   correct?
 7        A.   On all of them, yes.
 8        Q.   If you did not pass or get a passing grade, you
 9   would not have gone from an assistant manager trainee to
10   a member of management or an assistant manager, correct?
11        A.   No.  You kept taking the CBL until you passed it.
12        Q.   Okay.  And if you didn't pass it, you couldn't go
13   to the next level, correct?
14        A.   It never stated if we didn't pass our CBLs it
15   would deter us from completing the program.
16        Q.   But you took and passed all the CBLs when you
17   were an assistant manager trainee, right?
18        A.   Yes, I did.
19        Q.   You told us earlier that the first time that you
20   were sexually harassed was when you became an assistant
21   manager, correct?
22        A.   Yes.
23        Q.   Which was after you had completed this training
24   as an assistant manager trainee, correct?
25        A.   Yes.
```

Esquire Deposition Services           1700 Pacific Avenue, Suite 4750           Dallas, Texas 75201
Phone (214) 257-1436                         (800) 852-9737                     Fax (214) 965-9205

App. 0025

1      Q.   So as of the time that you were being sexually
2   harassed, you were aware of Wal-Mart's open door policy,
3   correct?
4      A.   Yes.
5      Q.   And as of the time you were being sexually
6   harassed, you were aware of Wal-Mart's inappropriate
7   conduct and sexual harassment policy, correct?
8      A.   Yes.
9      Q.   And you knew especially as a member of management
10  that if there was any harassment or discrimination
11  taking place in the workplace that you were required to
12  report that up the chain, correct?
13     A.   Yes.
14     Q.   And just so we're clear, the open door policy at
15  Wal-Mart provides that you should go to a member of
16  management with regard to any concern, grievance,
17  complaint, right?
18     A.   Yes.
19     Q.   And it expressly states that you could go to any
20  level of management.  There's no chain of command that
21  needs to be followed, correct?
22     A.   Yes.
23     Q.   And, in fact, as a member of management yourself,
24  even today, it is your responsibility to remind your
25  associates of the open door policy, correct?

Esquire Deposition Services            1700 Pacific Avenue, Suite 4750            Dallas, Texas 75201
Phone (214) 257-1436                         (800) 852-9737                       Fax (214) 965-9205

App. 0026

Keely Davis
January 10, 2006

Page 98

1   A.   Yes.
2   Q.   And it is your responsibility to inform your
3   associates if they disagree with something that they
4   could go to any member of management about that,
5   correct?
6   A.   Yes.
7   Q.   And they're not limited to the store with regard
8   to that complaint, correct?
9   A.   Yes.
10  Q.   In fact, you as a member of management have the
11  responsibility of making sure that the associates know
12  that they could call the ethics hotline on a toll-free
13  number, correct?
14  A.   Yes.
15  Q.   And the ethics hotline, just so we're clear, is a
16  toll-free number to Wal-Mart's home office, correct?
17  A.   I believe it is.
18  Q.   And it is your job to make sure that the
19  associates know who the district manager is over the
20  store, correct?
21  A.   Yes.
22  Q.   Who the regional personnel manager is over the
23  store?
24  A.   Yes.
25  Q.   And the reason you're required to make sure that

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                          (800) 852-9737                  Fax (214) 965-9205

App. 0027

```
 1   associates know these names or individuals is so that if
 2   they have an open door complaint, they have the ability
 3   to go to them, correct?
 4      A.   Yes.
 5      Q.   You knew all of this during the period of time
 6   that you were being sexually harassed, correct?
 7      A.   Yes.
 8      Q.   And yet you did not complain during the period of
 9   time that you were being sexually harassed, correct?
10      A.   Correct.
11      Q.   Why not?
12      A.   I wanted to be promoted.
13      Q.   Explain what that means.
14      A.   I didn't want to be moved out of the store.  In
15   other words, I just felt that hard work would get me to
16   that next level.  I don't want -- I didn't want to be
17   moved from store to store and have to prove myself over
18   and over and over again.  I just wanted to be promoted.
19      Q.   Okay.  I'm asking you to explain to us how --
20   strike that.
21           As a -- when you learned about Wal-Mart's
22   open door policy and inappropriate sexual -- strike
23   that.
24           When you learned about Wal-Mart's open door
25   policy -- strike that.
```

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                       (800) 852-9737                     Fax (214) 965-9205

App. 0028

```
 1              First of all, you first learned about
 2   Wal-Mart's open door policy on the very first day you
 3   started working with Wal-Mart, correct?
 4      A.   Yes.
 5      Q.   And you first learned of Wal-Mart's inappropriate
 6   conduct or sexual harassment policy, if not on the first
 7   day you started working, certainly within the first
 8   week, correct?
 9      A.   Uh-huh.
10      Q.   And that was information that you were reminded
11   of throughout the course of your employment with
12   Wal-Mart, correct?
13      A.   Yes.
14      Q.   And, again, certainly while you were an assistant
15   manager trainee, you were reminded of those policies and
16   their significance, correct?
17      A.   Yes.
18      Q.   And one of the things that is emphasized through
19   the open door policy and the sexual harassment or
20   inappropriate conduct policy is that there can be no
21   retaliation for anybody utilizing those policies,
22   correct?
23      A.   Correct.
24      Q.   In fact, as a member of management, you know that
25   any retaliation by any supervisor or manager in response
```

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                        (800) 852-9737                    Fax (214) 965-9205

App. 0029

Page 101

1   to an open door complaint will result in disciplinary
2   action up to and including termination?
3       A.  Yes.
4       Q.  Now, I want you to explain to us why it is that
5   you did not complain during the period of time that you
6   believed you were being sexually harassed.  I know you
7   said you wanted to be promoted, but that does not
8   explain to us why it is that you did not utilize these
9   policies that you knew about for years.
10      A.  Just that I -- I didn't want to -- to have to
11  move from store to store.  And I was uncertain as to
12  really what to do.  You can do CBLs and do CBLs and
13  still there's some level of uncertainty as to what to
14  do.  I just wanted to be promoted.
15      Q.  Okay.  Are you -- I still don't understand.  Did
16  you make some sort of assumption that if you complained,
17  that would in some way impact your ability to get
18  promoted?  I don't understand what you mean.  I'm asking
19  you please explain it.
20      A.  I felt if I made any trouble, then, yes, it would
21  impact it.
22      Q.  Okay.  That was just an assumption that you made,
23  correct?
24      A.  Well, I've heard -- I heard stories about Ronnie
25  and if people made any trouble in the store, and, yes, I

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750         Dallas, Texas 75201
Phone (214) 257-1436                         (800) 852-9737                  Fax (214) 965-9205

App. 0030