1   with following -- listening to Mr. Perry's voice mail
2   message. There's a sentence that says Nathan Goodner
3   and Lindsay, and then you describe an incident wherein
4   Mr. Goodner, you believe, was staring at Lindsay, and
5   you asked him what are you staring at? And he replied,
6   Lindsay's breasts. I seen them and I had them. And you
7   shook your head and walked away; is that correct?
8       A.  Yes.
9       Q.  That was a one-time event?
10      A.  Standing up front with him, yes.
11      Q.  He didn't comment about your breasts, correct?
12      A.  No.
13      Q.  What's Lindsay's last name; do you know?
14      A.  I don't recall her last name.
15      Q.  What position does she hold?
16      A.  She was a sales associate.
17      Q.  It looks like the next event that you describe in
18   your statement that you took issue with states Ronnie
19   Robertson made comments concerning your breast implants,
20   and you say he asked how they felt, what they looked
21   like, and could he see them?
22      A.  Yes.
23      Q.  Did that happen on more than one occasion?
24      A.  Yes.
25      Q.  On how many occasions did that happen?

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                       (800) 852-9737                     Fax (214) 965-9205

App. 0042

1    A.   Two or three that I can remember, I guess.
2    Q.   What would you say when Mr. Robertson asked you
3　how your breast implants felt, or what they looked like
4　and could he see them?
5    A.   I looked at him and walked away.
6    Q.   You didn't say anything?
7    A.   I didn't know what to say.
8    Q.   So you didn't say anything?
9    A.   No.
10   Q.   When did you get breast implants?
11   A.   When I was working at 3224.
12   Q.   Okay.  When did you get breast implants?
13   A.   I believe it was about 2003, I think.
14   Q.   Did he ask you about your breasts other than how
15　they felt and what they looked like and could he see
16　them?
17   A.   No.
18   Q.   The next event that you describe in your
19　statement that you took issue with was an event or an
20　occasion when you and Mr. Robertson were standing around
21　the egg bunker, and he looked down at your chest and
22　said he enjoyed the view; is that correct?
23   A.   Yes.
24   Q.   That happened on one occasion?
25   A.   More than once.

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                        (800) 852-9737                    Fax (214) 965-9205

App. 0043

```
 1     Q.   On how many occasions?
 2     A.   I'm going to say numerous.
 3     Q.   What's your best approximation?
 4     A.   Maybe three times a week he'd say something.
 5     Q.   Did you say anything to him when according to you
 6   approximately three times a week he would look at your
 7   chest and say that he enjoyed the view?
 8     A.   I'd walk away.
 9     Q.   So you didn't say anything?
10     A.   No.
11     Q.   I know you said that that happened approximately
12   three times a week.  For how long of a period of time?
13     A.   While I was there as a co-manager up in -- I'd
14   say about last four months up until I left.
15     Q.   You then indicate in your statement that
16   Mr. Robertson made comments about your shirts and
17   sweaters and which ones he liked?
18     A.   Yes.
19     Q.   Can you describe what comments in particular he
20   made about your shirts and sweaters?
21     A.   Being excellent if any sweaters were tight.
22     Q.   What'd he say?
23     A.   He said I looked nice with tight sweaters, and as
24   far as the V-necks, he said he liked one particular
25   shirt.  It's a green one I used to have.
```

Esquire Deposition Services           1700 Pacific Avenue, Suite 4750           Dallas, Texas 75201
Phone (214) 257-1436                         (800) 852-9737                     Fax (214) 965-9205

App. 0044

1   Q.  And did he say you look nice, or did he say you
2   look nice in tight sweaters?
3   A.  In tight sweaters.
4   Q.  How many times did he say that?
5   A.  I imagine every time I wore a sweater.
6   Q.  What's your best approximation as to how many
7   times he said that?
8   A.  I can't recall.  Every time I wore a sweater.
9   Q.  Once a month?
10  A.  Maybe twice.  Whenever I wore a sweater.
11  Q.  And this would also be over the course of four
12  months?
13  A.  Yes.
14  Q.  So it'd be a total of four to eight times?
15  A.  I can't give you an exact total.  I'm just
16  estimating.
17  Q.  I understand, but that's your best approximation?
18  A.  Yes.
19          MR. CLARK:  Off the record.
20          (A break was taken from 3:11 p.m. to
21          3:12 p.m.)
22  Q.  (BY MR. FORMAN) And when -- you said that he
23  would say you look nice in tight sweaters, and then if
24  you wore a V-neck he would say you look nice?
25  A.  Yes, as he's looking down my shirt.

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                        (800) 852-9737                     Fax (214) 965-9205

App. 0045

1    Q.  Okay.  But his words were you look nice?
2    A.  I like the view.
3    Q.  Okay.  So that's what we already talked about?
4    A.  Yes.
5    Q.  The next event that you describe in your
6  statement you indicate that Tammy Autry and yourself
7  were having a conversation about her enlarging her
8  implants, and Ronnie Robertson walked up and asked her
9  why she wanted her boobs bigger; is that correct?
10   A.  Yes.
11   Q.  You then state that you got angry.  Did you say
12 anything in response to his statement?
13   A.  No.  I just walked off.
14   Q.  Did she say anything?
15   A.  She told him it was none of his business.  She
16 walked away.
17   Q.  What exactly were you and Tammy discussing with
18 regard to her enlarging her breast implants?
19   A.  What do you mean?
20   Q.  Well, you indicate that you were having a
21 conversation about her enlarging her breast implants.
22 What do you remember about that conversation?
23   A.  She was telling me she was going to go to the
24 same doctor, and she was thinking about getting larger
25 implants.

Esquire Deposition Services        1700 Pacific Avenue, Suite 4750        Dallas, Texas 75201
Phone (214) 257-1436                    (800) 852-9737                    Fax (214) 965-9205

App. 0046

1  Q. The same doctor as who she went to initially, or
2  the same doctor that you went to?
3  A. She went to.
4  Q. You were having this conversation with Ms. Autry
5  in the workplace, correct?
6  A. Yes, we were on break.
7  Q. Okay. You felt this -- strike that.
8      You did not find it offensive to have a
9  conversation in the workplace with Ms. Autry about
10 enlarging her breasts; correct?
11 A. We were talking mostly about her doctor, mostly.
12 Really not so much about the procedure.
13 Q. But you didn't find it offensive to have a
14 conversation in the workplace about the enlargement of
15 breasts, correct?
16 A. Correct, I guess.
17 Q. And that comment by Mr. Robertson when he asked
18 why did Ms. Autry want her boobs bigger, that only
19 happened on one occasion, correct?
20 A. Yes.
21 Q. The next thing that you describe in your
22 statement that you take issue with you state that male
23 managers would stand at the checkouts with Ronnie and
24 make comments about female customers as Tammy Autry and
25 yourself were present. Are those the same comments we

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                      (800) 852-9737                       Fax (214) 965-9205

App. 0047

1   discussed earlier in the deposition such as, quote, I
2   would do her, end quote; quote, I could have her, end
3   quote; and, quote, look at those boobs, end quote?
4        A.   Pretty much so, yes.
5        Q.   Okay.  Any other comments?
6        A.   I recall Nathan saying something about camel
7   toes.
8        Q.   What does that mean?
9        A.   It refers to a woman's genital area.
10       Q.   What were his exact words?
11       A.   Look, she's got camel toes, and I asked him what
12  it was.
13       Q.   What did he tell you when you asked him?
14       A.   It refers to a woman's crotch.
15       Q.   Those were the words he used?
16       A.   Exactly.
17       Q.   Did you say anything in response?
18       A.   I walked away again, no.
19       Q.   Did he say that on more than one occasion?
20       A.   No, he said that one time.
21       Q.   Okay.  We've now discussed all the comments that
22  you're referring to in your statement?
23       A.   Pardon me?
24       Q.   Have we now discussed all the comments that were
25  made about and to female customers or associates?

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750           Dallas, Texas 75201
Phone (214) 257-1436                        (800) 852-9737                     Fax (214) 965-9205

App. 0048

```
 1     A.   Pretty much.  As much as I can remember, yes.
 2     Q.   Well, I want to make sure that we have, so take
 3   the time to think about it.  Have we?
 4     A.   I believe so, yes.
 5     Q.   Okay.  Continuing on your statement.  Next page
 6   the next thing you describe as something you take issue
 7   with, you state that during communication meetings,
 8   depending on the mood and circumstances, dirty jokes
 9   were told; is that right?
10     A.   Yes.
11     Q.   What do you mean by "dirty jokes"?
12     A.   Dirty jokes.
13     Q.   Do you remember any of these dirty jokes?
14     A.   No, I don't.
15     Q.   Well, dirty jokes can mean different things to
16   different people.  I'm trying to understand what you
17   mean when you say dirty jokes.  Are you talking about
18   jokes with profanity in them, or what do you mean by
19   dirty jokes?
20     A.   Profanity and sexual nature.
21     Q.   But you don't remember any of them?
22     A.   No.
23     Q.   Did you ever say anything when these jokes were
24   told?
25     A.   No.
```

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                        (800) 852-9737                    Fax (214) 965-9205

App. 0049

```
 1      Q.  Were these jokes any different than the type of
 2   jokes you would hear in an R-rated movie?
 3      A.  No, they're just as dirty.
 4      Q.  Did you personally find these jokes offensive?
 5      A.  Yes.
 6      Q.  Did you find them humiliating?
 7      A.  Yes.
 8      Q.  You find the same type of jokes you would hear in
 9   an R-rated movie humiliating?
10      A.  Yes, in the workplace, yes.
11      Q.  Again, I'm not asking you whether you found it to
12   be inappropriate.  And what I mean by that -- my
13   question is:  Not dependent upon where the information
14   was heard, it's whether the information in and of itself
15   you found to be personally offensive.  When you go to an
16   R-rated movie, do you find it personally offensive or
17   abusive to hear a dirty joke?
18      A.  No.
19      Q.  Okay.  These jokes that you heard in the
20   workplace that you described as dirty jokes were the
21   same types of jokes that you hear in R-rated movies,
22   correct?
23      A.  That's hard to say, I mean, I haven't been to an
24   R-rated movie where they've told a lot of dirty jokes
25   and it's -- I just found them offensive that's --
```

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                        (800) 852-9737                     Fax (214) 965-9205

App. 0050

1    Q.  Because they were told in the workplace?
2    A.  Yes.
3    Q.  Okay.  If you heard those same jokes at one of
4    your friend's parties, would you find it offensive?
5    A.  I probably wouldn't have laughed either.
6    Q.  I'm not asking if you found it funny.  I'm asking
7    if you heard those very same jokes at a friend's party?
8    A.  No, I wouldn't.
9    Q.  Next thing you indicate in your statement, you
10   state Ronnie and John Farrar would talk about their sex
11   life with their wives.  And then it looks like you go on
12   to describe what you mean by that sentence; is that
13   right?
14   A.  Yes.
15   Q.  And you indicate that Mr. Farrar described when
16   his wife came out of the bathroom and made advances to
17   him?
18   A.  Yes.
19   Q.  What does that mean?
20   A.  She wanted to have sex.
21   Q.  Okay.  Was this something he said on one
22   occasion?
23   A.  A few occasions.
24   Q.  How many times?
25   A.  I'd say I only heard him about two or three

Esquire Deposition Services        1700 Pacific Avenue, Suite 4750        Dallas, Texas 75201
Phone (214) 257-1436                    (800) 852-9737                    Fax (214) 965-9205

App. 0051

```
 1   times.
 2       Q.  And did he say anything more graphic than his
 3   wife came out of the bathroom and wanted to have sex
 4   with him?
 5       A.  I don't recall anything else.
 6       Q.  Did you say anything in response?
 7       A.  No.
 8       Q.  You indicate that Mr. Farrar also stated that he
 9   got lucky?
10       A.  Yes.
11       Q.  Those were his exact words?
12       A.  Yes.
13       Q.  Did he say that on more than one occasion?
14       A.  I believe so.
15       Q.  How many times?
16       A.  Maybe twice.
17       Q.  And he was referring to sex with his wife?
18       A.  Yes.
19       Q.  Have you ever personally used that expression,
20   that he got lucky or she got lucky or I got lucky, at
21   any point in time in your life?
22       A.  I'm sure I have.
23       Q.  Okay.  That statement in and of itself
24   notwithstanding that it was said in the workplace, the
25   statement itself you do not find offensive, do you?
```

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                       (800) 852-9737                     Fax (214) 965-9205

App. 0052