1    A.   Depending on what it pertains to.
2    Q.   A friend said to you that he or she got lucky,
3    would you find that offensive?
4    A.   Not that, no.
5    Q.   Next sentence you state Ronnie would describe
6    when Susan came home drunk and wanted to have sex, and
7    he didn't want to with her drunk.  Did he tell you on
8    more than one occasion that his wife, Susan, had come
9    home drunk and wanted to have sex with him, and he did
10   not want to?
11   A.   One time.
12   Q.   One time?
13   A.   Yes.
14   Q.   Have any of your friends ever told you in their
15   personal conversations that their husband or their
16   significant other had tried to have sex with them when
17   they were drunk, and they did not want to have sex with
18   them?
19   A.   No.
20   Q.   Did you say anything to Mr. Robertson when he
21   made that comment?
22   A.   No.
23   Q.   And I forgot to ask you.  When Mr. Farrar said
24   that he got lucky, did you say anything to him?
25   A.   No.

Esquire Deposition Services         1700 Pacific Avenue, Suite 4750        Dallas, Texas 75201
Phone (214) 257-1436                      (800) 852-9737                Fax (214) 965-9205

App. 0053

1    Q.  You then indicate that his favorite story was him
2    in the pool and his wife's friend getting into the pool
3    naked and him being uncomfortable because his wife was
4    there.  What exactly did he say?
5    A.  That he was mowing the grass, and he decided to
6    get into the pool.  And his wife was home with one of
7    her friends and got into the pool.  And his wife's
8    friend got into the pool with them naked, and his wife
9    came out by the pool and he was embarrassed.
10   Q.  Did he tell you that he and his wife's friend did
11   anything in the pool?
12   A.  No.
13   Q.  Okay.  All he described to you was the fact that
14   he went into the pool, and his wife's friend got naked
15   and joined him in the pool?
16   A.  Yeah.
17   Q.  He didn't describe any type of sexual act,
18   correct?
19   A.  No.
20   Q.  In fact, at any point in time did Mr. Robertson
21   describe a sexual act in the workplace?
22   A.  I'm sorry.  Repeat that again.
23   Q.  It is true that at no point in time did
24   Mr. Robertson describe a sexual act while he was
25   working, correct?

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                       (800) 852-9737                     Fax (214) 965-9205

App. 0054

1    A.   No, I don't think so.
2    Q.   In fact, no Wal-Mart manager or supervisor ever
3  described a sexual act in the workplace, correct?
4    A.   Do you mean like having sex with a partner or --
5    Q.   I mean, rather than making general comments like
6  you've set forth in this statement, there was no
7  Wal-Mart manager or supervisor that graphically
8  described a sexual act, correct?
9    A.   Not graphically, no.
10   Q.   That is correct, right?
11   A.   Yes.
12   Q.   How many times did Mr. Robertson tell you that
13 story about his wife's friend getting naked and joining
14 him in the pool?
15   A.   About a good three times.
16   Q.   You then state that Nathan would talk about his
17 girlfriend and her body parts.  Can you tell us
18 specifically what it was that Nathan said?
19   A.   I vaguely remember him talking about her butt and
20 her breasts.
21   Q.   What'd he say?
22   A.   She had a big butt and no breasts.
23   Q.   Anything more descriptive or graphic than that?
24   A.   No.
25   Q.   How many times did he say that?

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                      (800) 852-9737                      Fax (214) 965-9205

App. 0055

1    A.  It's about twice.

2    Q.  You then indicate that Donny Peterson would tell
3    stories about parties his band had and his brother at
4    one time dating Nathan's girlfriend.  What does that
5    refer to?  What do you mean by that?

6    A.  I remember that.  Donny's brother was dating
7    Nathan's girlfriend, and they were talking about how
8    many times Donny's brother would have sex with Nathan's
9    then girlfriend and some of the stuff they did at
10   parties, as far as the drinking and how late they'd be
11   out and stuff.

12   Q.  You found it offensive for Mr. Peterson to
13   discuss the case that he had a party at his home, and
14   they were drinking and out late?

15   A.  I'm sorry.  I found --

16   Q.  I'm asking you whether you found it personally
17   offensive that Mr. Peterson told you that when he was
18   out of work he would have parties wherein he stayed up
19   late and drank?

20   A.  No.

21   Q.  When Mr. Peterson would state that his brother
22   was having sex with Nathan's girlfriend, did he discuss
23   that in a more graphic or descriptive manner than that,
24   or did he just say that he was having sex with his
25   girlfriend?

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                        (800) 852-9737                    Fax (214) 965-9205

App. 0056

1   A.  He said that he had sex with them or -- pretty
2   much.
3   Q.  Okay.  All he said is that he was having sex with
4   his girlfriend.  He didn't describe the sexual act,
5   correct?
6   A.  No.
7   Q.  That's correct?
8   A.  Yes.
9   Q.  Have we discussed everything that you're relying
10  on in that statement regarding Donny Peterson?
11  A.  Yes.
12  Q.  Your next sentence you state:  At one point I
13  told all of them no one cared about their sex life with
14  wives or partners; is that correct?
15  A.  Yes.
16  Q.  That was the one and only time that you expressed
17  any opposition to the events described in your
18  statement, correct?
19  A.  Yes.
20  Q.  Did they respond when you made that statement?
21  A.  They just laughed.
22  Q.  Did you say anything in response to their
23  laughter?
24  A.  No.
25  Q.  And then finally you indicate that Ronnie, John,

Esquire Deposition Services        1700 Pacific Avenue, Suite 4750        Dallas, Texas 75201
Phone (214) 257-1436                      (800) 852-9737                  Fax (214) 965-9205

App. 0057

```
 1   Nathan, and Donny would impersonate a maintenance man by
 2   the name of Mr. Bill; is that correct?
 3        A.   Yes.
 4        Q.   And you indicate that Mr. Bill had a tendency to
 5   grab himself?
 6        A.   Yes.
 7        Q.   Okay.  When they would impersonate Mr. Bill, what
 8   did they do?
 9        A.   They grabbed their crotch.
10        Q.   Did they say anything?
11        A.   Sometimes they made comments.
12        Q.   Such as?
13        A.   Oh, nothing really.  In general, I want to get a
14   hammer and grab their crotch.  It's just something they
15   do.
16        Q.   Did you say anything when they did that?
17        A.   I told them they were gross.
18        Q.   Did they say anything?
19        A.   No.
20        Q.   Did they laugh?
21        A.   Yes.
22        Q.   Did you say anything when they laughed?
23        A.   No.
24        Q.   How many times did they do that?
25        A.   Quite a few times.
```

Esquire Deposition Services                1700 Pacific Avenue, Suite 4750                Dallas, Texas 75201
Phone (214) 257-1436                              (800) 852-9737                           Fax (214) 965-9205

App. 0058

Page 134

1   Q.  What's your best approximation?
2   A.  Normally, whenever Mr. Bill worked, so I'm
3   assuming about, to the best of my knowledge, three times
4   a week, four times a week.  Sometimes he didn't even
5   have to be there.
6   Q.  That was three to four times a week over the
7   course of four months?
8   A.  Yes.
9   Q.  You indicate with regard to this statement
10  relating to them impersonating Mr. Bill that usually
11  there were two or more managers present?
12  A.  Yes.
13  Q.  Am I correct in my understanding that when
14  Ronnie, John, Nathan, and Donny would grab their crotch
15  to impersonate Mr. Bill, they were joking amongst
16  themselves?
17  A.  I believe so.
18  Q.  Okay.  In other words, they weren't talking to
19  you.  They were joking amongst themselves, and you
20  happened to be present, correct?
21  A.  Yes, I was there.
22  Q.  I'm sorry?
23  A.  Yes, I was present.
24  Q.  And you told us earlier that about the
25  conversation that you had with Mr. Robertson in January

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                          (800) 852-9737                  Fax (214) 965-9205

App. 0059

```
 1   of 2005 wherein he asked you what you were going to do
 2   to him at the year-end meeting, right?
 3       A.  Yes.
 4       Q.  Adding that to everything we just discussed with
 5   regard to your statement, have we now discussed
 6   everything you're relying on in support of your claim of
 7   sexual harassment?
 8       A.  I believe so.
 9       Q.  When Mr. Peterson would discuss the fact that his
10   brother was dating Nathan's girlfriend and having sex
11   with her, there were others present aside from yourself,
12   correct?
13       A.  Yes.
14       Q.  Was he talking directly to you, or just you
15   were -- he was in your presence?
16       A.  In my presence.
17       Q.  When Nathan said his girlfriend had a big butt
18   and no breasts, was he talking directly to you or in
19   your presence?
20       A.  In my presence.
21       Q.  When Ronnie would tell the story about his wife's
22   friend getting naked and joining him in the pool, was he
23   talking directly to your or just in your presence?
24       A.  Well, he was directing it to me, and I was there.
25   You could go either way.
```

Esquire Deposition Services        1700 Pacific Avenue, Suite 4750        Dallas, Texas 75201
Phone (214) 257-1436                   (800) 852-9737                    Fax (214) 965-9205

App. 0060

1     Q.  Were there others present as well?
2     A.  Yes.
3     Q.  When Ronnie said that his wife came home drunk
4  and wanted to have sex with him but he didn't want to
5  have sex with her, were there others present when he
6  made that comment, or was that a one-on-one discussion
7  between you and him?
8     A.  No others were present.
9     Q.  When Mr. Farrar said that he had, quote, got
10 lucky, end quote, was that a discussion between you and
11 him one-on-one, or were there others present?
12    A.  Others present.
13    Q.  When Mr. Farrar stated that his wife came out of
14 the bathroom and wanted to have sex with him, was that a
15 discussion you had one-on-one, or were there others
16 presents as well?
17    A.  Others present.
18    Q.  Would dirty jokes -- strike that.
19             In communications -- strike that.
20             The communication meetings wherein dirty
21 jokes were occasionally told, how many people were
22 present at those meetings?
23    A.  Six to seven people.
24    Q.  How often were those communication meetings held?
25    A.  Normally every day.

Esquire Deposition Services          1700 Pacific Avenue, Suite 4750          Dallas, Texas 75201
Phone (214) 257-1436                      (800) 852-9737                   Fax (214) 965-9205

App. 0061

Page 137

1   Q.  You never said that you found those dirty jokes
2   offensive, correct?
3   A.  Personally.
4   Q.  I'm sorry?
5   A.  Personally.  You asked me if they were offensive.
6   I said they were offensive in the workplace but
7   personally, no.
8   Q.  Do you understand that my question was a little
9   bit different?  When you were in these meetings and you
10  heard these dirty jokes, you never expressed to anybody
11  that you found them offensive, correct?
12  A.  I never said anything.
13  Q.  It is true that the only conduct that was
14  directed specifically at you was when Mr. Robertson
15  asked you about your breast implants on two to three
16  occasions asking you how they felt, and whether he could
17  see them?  That's one thing, right?
18  A.  Yes.
19  Q.  When he looked at your breasts on approximately
20  three occasions and said he enjoyed the view, correct?
21  A.  Yes.
22  Q.  When he told you approximately four to eight
23  times that you looked nice in tight sweaters, right?
24  A.  Yes.
25  Q.  And when you had your conversation with him in

Esquire Deposition Services        1700 Pacific Avenue, Suite 4750        Dallas, Texas 75201
Phone (214) 257-1436                      (800) 852-9737                  Fax (214) 965-9205

App. 0062