"Tell me about the computers". I said "you have to elaborate for me". He said "The computers inventory preped in the security room". I said "there is no computers in the security room". He asked me if I ever gave any direction to inventory prep Computers. I said no I would never give any direction to do something like that. I told him you cant cheat an inventory you either have it or you dont. He asked me about a Computer in claims. I told him that I told Sharon in claims that if were recieving parts for the Computer that we had to prep it. Alan then said " the computers were counted and three people said you did it". Greg then said "why would three people say that?" I told him I didnt know but I wouldnt and didnt do what they said I did. Later in the day Ronnie Robertson store mgr told me that Greg said he didnt believe I'd do something like that but it didnt look good. I told Ronnie it wasnt right that you have a dishonest dept. mgr and an assistant that just plain hates me get away with something like this. All he said was "I know, just keep your head on straight. I dont think it will be that bad". The next day Alan called me to the mgrs office. Greg Mitchell

and Tammy Autry who is an assistant mgr were also in the office. Alan stated that after his "investigation" he determined I did it. I just sat there shaking my head. He went over the coaching and I put in my comments " I did not do what I was acussed of. I would not compramise my integrity or those of my fellow associates. I cannot believe a investigatio lie solely on the words of three associates." I talked to Donny Peterson on the phone and he said he was in the mgrs office with Nick Keen. He said he was sorry that it happena and it wasnt right. That Ronnie was upset. He stated " Who else gets an overage as huge as Tammy did when she was over toys. Come on you know she pads her inventory she always did". And he wished me good luck.

On a personal note: To have a assistant manager sit in while getting demoted was just humilating to me. My store manager should of been present. I dont feel as though this sit-uation was taken or handled right. I have worked my way up from a cashier and to achieve my goal of becoming a Co-manager was the best experience. I have worked with very knowledgable store managers and others who have taught me well. You cant be

taught how to lie, decieve or cheat. I believe
this is a trait you either have or you don't. I
don't lie, cheat or decieve. Ask anyone I'v ever
worked with about me. If anything I'm a little
to straight forward. I'v always followed policy
and procedure. If I'm ever wrong about any-
thing I'd be the first to say "I'm sorry I was
wrong". Nikki Melton has an honest dislike
for me. Ronnie can tell you. Anytime I quest-
ioned her areas on outs or scheduling in DOS
she got defensive and told Ronnie I had no
people skills. Ronnie once told me that its the
assistants who are struggling that always
point the finger away from themselves. Ronnie
promoted Tammy Hotchkiss to support mgr
to quote "keep her quiet" unquote. I never
understood that. I take alot of pride in
what Wal-Mart has allowed me to acomplish.
I cannot just accept a demotion when I'v
worked so hard to achieve co-manager. And
have it taken away from me as a result
of a dishonest Dept Mgr and a disgruntled
assistant Manager. I have three things I
pride myself in: my husband, my sons and
my integrity.
I'v seen alot as an assistant Manager con-
cerning salaried mgmt and hourlys and I'v

endured the dirty jokes and snide remarks
where nothing was done was deemed acceptable
as long as it was kept "in house". I feel
the allegations against me were taken lightly
to the extent that no one looked at the
accusers or why they would do what they did.
Some may feel that being demoted is not
serious but I worked hard and gave up alot
to achieve my goal of being a co-manager.
And I take pride in that.

Kiely Davis
5-5-04

**Associate Statement**

Reporting
Associate's
Last Name: _DAVIS_

## PART 1. BACKGROUND INFORMATION.

| Your Name | Position |
|---|---|
| _Keely DAVIS_ | _Asst. MANAGER_ |
| Date of Last Hire by Wal-Mart | Your Supervisor's Name |
| _10-10-97_ | _Andy Shelton_ |
| Facility No./Department Number where you work | Today's Date |
| _2996_ | _4-21-05_ |

| Is this the first time you have told a manager or an hourly supervisor about the incidents you will describe in this statement? | Yes | No |
|---|---|---|
| | Initials | initials |

If you have reported these events before, please write below the name of the manager or hourly supervisor you first reported it to, the date you first reported it, and what you told them.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Associate/Customer Investigation
Wal-Mart Stores, Inc. Confidential
PL Pub 10/16/04

1



Δ π EXHIBIT _9_
Deponent _Davis_
Date _____ Rptr. _____

*Associate Stateme*
*Workplace Incid*

| Has anybody tried to prevent you from reporting the incidents you are reporting today? | Yes | No |
|---|---|---|
| | Initials | Initials |

If yes, write their names below and describe how and when they tried to prevent you from reporting the incidents.

## PART 2. GENERAL STATEMENT OF FACTS.

**Instructions:** We need you tell us everything you know about this workplace incident. Just write out what happened. If there was more than one incident, describe them in the order they occurred, starting with the first incident, and ending with the last. For each incident you describe, be sure to explain when the incident happened, where it happened, what happened, who did and said what, and who was present at each incident. Be especially sure to write down exactly what people said and did, even if you are uncomfortable with or embarrassed by their words or conduct. If there isn't enough space to write your statement below, please continue on a blank sheet of paper and attach it to your statement. This is important, so we need you to take your time and write everything you know.

While at store 259 there were incidents of inappropriate conduct
between managers and help associates and comments of sexual
nature made about females or directed toward myself.

Associate/Customer Investigation
Wal-Mart Stores, Inc. Confidential
PL Pub 10/16/04

2

Associate Statement
Workplace Incident

The incident of mgrs + helifs are me seeing a video tape of Nicole Hubert entering the managers office with Adam Tolee going in behind her. It was a night that Adam closed. Ten mins later Nicole came out fixing her shirt and buttoning her jeans. At some point I asked Nicole if she got in trouble going to the office. She said no, her and Adam had sex in the office. They had sex one more time in the ad office. Nicole told me Adam wouldnt do anything anymore, he wanted to work on his marriage, but she wanted to continue. Nicole then told me of some times she and Jason Berry had sex. I didnt believe it at first untie I heard a ~~message~~ on her cell phone detailing their night at a motel.

Nathan Brodner and Lindsey. Lindsey was ~~walking by me~~ and Nathan. He was staring at her and I asked him "What are you staring at? He replied "Lindseys breasts. W seen them and had them." I shook my head and walked away.

Ronnie Robertson made comments concerning my breast implants. He asked how they felt, what they looked like and could he see them. He and I were standing ~~around the reg~~ drinker when he looked down at my chest and said he enjoyed the view. He made comments about my shirts and sweaters, which ones he liked. Tammy Autry and myself were having a conversation about her enlarging her implants and Ronnie walked up and asked her why she wanted her boobs bigger. I got angry, Tammy got red said it was none of ~~his business~~ and walked away. At times male mgrs would stand at the check outs with Ronnie and make comments about female customers as Tammy Autry and myself were present.

You couldnt open door at 259. Ronnie made it quite
clear that what happens in his house stays in his house.
He was very intimidating and none approachable.
These incidents occurred between 2003-2004.

*Associate Stateme*
*Workplace Incid*

## PART 3.  OTHER INAPPROPRIATE CONDUCT.

| Other than the incidents you described above, did you or anyone else say or do anything else that you or another person considered or might reasonably have considered to be inappropriate or offensive? | Yes | No |
|---|---|---|
| | Initials | Initials |

If "yes," describe exactly what happened.  If offensive words or physical involvement is involved, describe then exactly.

# PART 4.  ASSOCIATE ACKNOWLEDGMENT.

*Associate Statem*
*Workplace Inci.*

I acknowledge and understand that:

- This report is confidential and the information will be disclosed only to people who need to know what happened as part of their jobs and/or to further the investigation.
- Wal-Mart policy prohibits conduct in violation of our Harassment/Discrimination/Inappropriate Conduct Policy directed at a person based on that person's race, color, age, sex, sexual orientation, religion, disability, ethnicity, national origin, veteran status, marital status, or any other legally protected status.
- Wal-Mart policy prohibits any person from retaliating against any person (hourly or management) for making a good faith complaint of conduct in violation of the above mentioned Policy or for providing a statement in connection with such a complaint.
- Substantiated retaliation against a person making a good faith complaint may result in disciplinary action up to and including termination.
- I can and should immediately report retaliation, alleged harassment or other inappropriate conduct to any salaried member of management.

The handwriting and initials that appear in this Associate Statement are my own.  The information I have submitted in this report is true, correct and complete to the best of my knowledge.

Associate's Name (print)
Keely DAVIS

Associate's Signature
Kuly Davis

Date
4-21-05

During communication meetings depending on the moods and circumstances dirty jokes were told, Ronnie and John Farrar wou tis wife came out of the bathroom and made advances to him. He said he got lucky. Ronnie would describe when Susan came home drunk and wanted to have sex and he didnt want to with her drunk. His favorite story was him in the pool and his wifes friend getting into the pool naked and him being uncomfortab because his wife was there. Nathan would talk about his girlfriend and her body parts. Donny Peterson would tell stories about parties his band had and his brother at one time dating Nathan's girlfriend. At one point I told all of them no one cared about their sex life with wives or partners.

Ronnie, John, Nathan, Donny would impersonate Mr Bill who was a maintance man there. Mr Bill had a tendacy to grab himself. Whenever Mr Bill would call them or no reason in general they would grab themselves. Rarely was anything done by themselves. Usually with two or more guys. They fed each other.