# STATEMENT

My name is **Nick Theen**, I live at **3743 Towne Crossing Blvd. #11**
(Street Address)
**Mesquite, TX 75150**. I make this statement of my own free will. It is my statement and no one else's.

When I first got to store 259, Rockwall, TX, I found an empty computer box in the domestic department. The box belonged to a laptop computer with a printer combo. About a week later, another one was discovered in the Electronics department. The first one was written off in claims and the second one was held on to. An e-mail was received concerning the issue. About a week before inventory, while trying to tie up all loose ends, I asked Keely Davis, Co-Manager, if we should take the other box to claims, and she said "No." She didn't want Loss Prevention to freak out. I went to claims and relayed the message.

*[signatures: NK, NK, NK, NK — crossed out with X]*



The above statement is a true statement to the best of my knowledge and belief.  No threats or promises were made by anyone to get me to say it.  I have had complete freedom to leave the premises.

_____ Nick Keen _____
                                    Signature

_____
            Witness

_____
            Witness

_____
         Store #/Location                                               DEF 00079

_____
              Date

http://lponline.wal-mart.com/lossprev/stmt.html                         5/3/2004
                                                     App. 0116

MYSELF, TAMMY H, TAMMY A, AND KEELY WERE SITTING IN THE MANAGERS OFFICE I CAN NOT REMEMBER WHAT DAY IT WAS. KEELY WAS GETTING WITH TAMMY A AND I ABOUT STORE USE AND TAMMY H NOTICED THE LAP TOP COMPUTER BOX SITTING ON THE FLOOR AND SHE SAID OH I TOOK THAT TO CLAIMS HOW DID THAT GET BACK IN HERE. AND KEELY SAID WE WILL INVENTORY IT BECAUSE I DO NOT WANT GREG ON MY ASS RIGHT BEFORE INVENTORY. I DID NOT SAY ANYTHING AND TAMMY H JUST DID WHAT KEELY TOLD HER ALSO KEELY TOLD HER TO INVENTORY THE OTHER COMPUTERS IN THE OFFICE THAT WE USE AND I SAID HAVENT THEM ALL READY BEEN STORE USE AND I JUST GOT A LOOK. AND THAT IS WHAT I REMEMBER TO THE BEST OF MY KNOWLEDGE.

NIKKI MELTON
5-2-2004

DEF 00080

App. 0117

# STATEMENT

My name is  Tommy L Autry  , I live at 1834 Palo Duro Dr Garland TX 750
                                        (Street Address)

_____ . I make this statement of my own free will. It is my statement and no
one else's.

The Day before Inventory. I cam In to the office and Nikki, Kelly was there. Kelly was preping a box with a printer in it I asked what she was doing and Nikki just looked at me. Kelly sayed she was preping the printer. I Than left the office. Thats all I know about what happen

Tommy Autry

I was told by Keely + Nikki to put 3 empty Boxs of HP pavilion comp. in my seurtey room + prep for Inv. I did as I was told.

Tammy Hotchkiss
5-3-04

DEF 00083

App. 0119

# EXHIBIT 2

**Wal-Mart® Corporate Policy**

## Coaching for Improvement

Type: Division 01 and 18 Field Only

---

### Coaching for Success

Number: PD-30

Revised: 4/21/03

Coaching for Success can be defined as an informal, ongoing process of helping Associates achieve results by building on Associates' strengths, developing their skills, providing encouragement and increasing their confidence. In other words, it means increasing the likelihood of the Associate's personal success and enhancing their ability to contribute significantly to the team's success.

Coaching for Success is an essential part of leadership - spending time with Associates where the work is done, being available to instruct, listen and advise. It provides Associates with a constant flow of feedback. In this manner, help is provided when it is needed most as well as communicating enthusiasm, pride, and support. Coaching for Success often resolves or solves a situation before it gets to the point of Coaching for Improvement.

### Coaching for Improvement

Coaching for Improvement occurs when an Associate's behavior (job performance or misconduct) fails to meet the Company's expectations, even after Coaching for Success. It is a more formal process designed to encourage and assist an Associate to improve their job performance or behavior to meet the Company's expectations. It allows the Associate to be involved in their own improvement plans and assume responsibility for their behavior. Our aim is to retain Associates who have the interest, ability, and desire to be successful.

### Applies To

- All Associates regular, full time, peak time, Hourly and Salaried.
- Special considerations apply to Associates Employed Less Than 90 Days and Home Office Temporary Associates. See Associates Employed Less Than 90 Days and Home Office Temporary Associates section.

### The Coaching for Improvement Process

Coaching for Improvement is designed to be progressive. Apply Coaching for Improvement in a fair, timely, and consistent manner. Always start at the appropriate Coaching Level depending on the classification of behavior to be addressed. More serious levels of coaching are used at appropriate intervals until either the Associate's conduct or performance reaches the desired improvement or all coaching levels have been exhausted. However, there will be some situations where use of the Coaching process is not warranted and instead, the Associate's employment is automatically terminated. (See Gross Misconduct section below.)

Coachings should be conducted in a manner which allows the Associate to explain their behavior and to learn from the discussion.

Investigations are a routine part of the coaching process. It ensures a complete review of the facts and allows time for proper consideration of appropriate disciplinary action. During the investigation, the Associate may be suspended without pay if it is in the best interest of all parties involved.

Salaried Members of Management suspended without pay must receive their salary through the end of their current pay week.

Refer to the Investigation and Suspension Policy (PD-57) for additional information.

### Guidelines for Administering the Coaching for Improvement Process

1. Gather the facts including witness statements, if appropriate.

DEF 00134

App. 0121