IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CIVIL ACTION NO. 3:05-CV-1805-L
*(ECF)*

KEELY DAVIS,

       Plaintiff,

vs.

WAL-MART STORES, INC.,

       Defendant.
_____

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
_____

       THIS CAUSE came before the Court on Defendant Wal-Mart Stores, Inc.'s Motion for Summary Judgment.  Upon consideration, it is hereby

       ORDERED and ADJUDGED as follows:

       1.    Defendant's Motion for Summary Judgment is granted.

       2.    This cause is hereby dismissed with prejudice.

       SO ORDERED this ___day of _____, 2006.

                                                                                  _____
                                                                                  SAM A. LINDSAY
                                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Steven E. Clark, Esq.
Scott A. Forman, Esq.